Jennifer L. Braster
Nevada Bar No. 9982
Kelly Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
kscarborough@nblawnv.com

*Attorneys for Ikigai Marketing Works LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IKIGAI MARKETING WORKS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEGUARD LABORATORIES, LLC, a Texas limited liability company; and JEREMY WELTER, an individual,<br><br>Defendants. | Case No.:  3:26-cv-00345-MMD-CSD<br><br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff IKIGAI MARKETING WORKS LLC hereby substitutes Jennifer L. Braster, Esq., of the law firm Naylor & Braster, as its counsel of record in the above-captioned matter, in the place of Shamus S. Flynn of Flynn Law Group, PC.  Brett M. Schuman and Aaron S. Thompson of Goodwin Procter LLP shall remain counsel of record along with Ms. Braster.

Dated this 6th day of July 2026.        IKIGAI MARKETING WORKS LLC

Signed by:

*Jane Pak*

By: Jane Pak
        13226B2978540E...

Its: CEO

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.
Suite 120
Las Vegas, NV 89135
(702) 420-7000

Jennifer L. Braster, Esq., of the law firm Naylor & Braster, hereby accepts substitution as counsel for Ikigai Marketing Works LLC in the above-captioned matter.

Dated this 6th day of July 2026.        NAYLOR & BRASTER

By:    /s/ Jennifer L. Braster_____
        Jennifer L. Braster, Nevada Bar No. 9982
        10100 W. Charleston Blvd., Suite 120
        Las Vegas, NV 89135

Shamus S. Flynn of Flynn Law Group, PC hereby consents to the substitution of Jennifer L. Braster, Esq. as counsel for Ikigai Marketing Works LLC in the above-captioned matter.

Dated this 6th day of July 2026.        FLYNN LAW GROUP, PC

By:    /s/ Shamus S. Flynn_____
        Shamus S. Flynn, Nevada Bar No. 14870
        708 University Way, Suite 200
        Reno, Nevada 89501

IT IS SO ORDERED.

DATED:  July 7, 2026.

_____
Craig S. Denney
United States Magistrate Judge

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2