Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Phone 702-420-7000
Fax 702-420-7001
jbraster@nblawnv.com

BRETT M. SCHUMAN (admitted *pro hac vice*)
*BSchuman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market St., 32nd Floor
San Francisco, CA 94105
Phone: +1 415 733 6000
Fax: +1 415 677 9041

AARON S. THOMPSON (admitted *pro hac vice*)
*AThompson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Phone: +1 424 252 6400
Fax: +1 424 252 6401

Attorneys for Plaintiff
IKIGAI MARKETING WORKS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ikigai Marketing Works LLC, a Nevada limited liability company,

Plaintiff,

v.

Safeguard Laboratories, LLC, a Texas limited liability company; Pure Growth Capital LLC, a Texas limited liability company; Jeremy Welter, an individual; Pooph Inc., a Delaware corporation; Rovin Capital Strategic Debt Fund I, LLC, a Delaware limited liability company; and Six Peak Capital Management LLC, a Utah limited liability company,

Defendants.

Case No. 3:26-cv-00345-MMD-CSD

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF'S OPPOSITION TO ROVIN AND SIX PEAK'S MOTION TO DISMISS**

**(SECOND REQUEST)**

Date Action Filed: May 11, 2026

Plaintiff Ikigai Marketing Works LLC ("Plaintiff") and Defendants Rovin Capital Strategic Debt Fund I, LLC and Six Peak Capital Management LLC (collectively "Defendants"), by and through their respective counsel of record, hereby submit this joint stipulation:

This is the second request to extend Plaintiff's deadline to file its opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 55), filed on October 12, 2026. The requested extension is necessary due to ongoing reassignment of responsibility for this matter among Plaintiff's counsel. The parties therefore stipulate, subject to the Court's approval, to extend Plaintiff's opposition deadline by two weeks, from 11/09/2026 to 11/23/2026.

**IT IS SO STIPULATED.**

Dated this 5th of November 2026.

By: */s/ Jennifer L. Braster*
AARON S. THOMPSON (admitted *pro hav vice*)
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401

BRETT M. SCHUMAN (pro hac vice admitted)
**GOODWIN PROCTER LLP**

JENNIFER L. BRASTER, No. 9982
**NAYLOR & BRASTER**

*Attorneys for Plaintiff IKIGAI MARKETING WORKS LLC*

By: */s/ Jarom R. Jones*
RYAN W. REED, No. 11695
RYAN D. HASTINGS, No. 12394
**LEACH KERN GRUCHOW SONG**
2525 Box Canyon Drive
Las Vegas, NV 89128

JEREMY C. REUTZEL (admitted *pro hac vice*)
JAROM R. JONES (admitted *pro hac vice*)
**BENNETT TUELLER JOHNSON & DEERE**
3165 E. Millrock Dr., Suite 500
Salt Lake, City, Utah 84121

*Attorneys for Defendants Safeguard Laboratories, LLC, and Jeremy Welter*

**IT IS SO ORDERED.**

Dated this 6th of November 2026.



UNITED STATES DISTRICT JUDGE